Gregory E. Schopf (State Bar Number: 122862)
gschopf@nixonpeabody.com
John A. Chatowski (State Bar Number: 174471)
jchatowski@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendant
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY, erroneously sued
and served as ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY,
A NATIONWIDE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA KELLERER,<br><br>             Plaintiff,<br><br>    v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a NATIONWIDE COMPANY and DOES 1 through 25, Inclusive,<br><br>             Defendants. | CASE NO.: 2:15-cv-00078<br><br>**DEFENDANT ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PRO. 7.1** |

Pursuant to Fed. R. Civ. Pro. 7.1(a), the undersigned certifies that Defendant Allied Property and Casualty Insurance Company is a subsidiary of Nationwide Mutual Insurance Company. Nationwide Mutual is an Ohio mutual insurance company which is owned by its policyholders and as such is not owned by a parent company or a public company.

| | | |
|---|---|---|
| 1 | DATED: January 6, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | NIXON PEABODY LLP |
| 4 | | |
| 5 | | By: _____ |
| | | Gregory E. Schopf |
| 6 | | John A. Chatowski |
| | | Attorneys for Defendant |
| 7 | | ALLIED PROPERTY AND CASUALTY INSURANCE |
| 8 | | COMPANY, erroneously sued and served as ALLIED PROPERTY |
| | | AND CASUALTY INSURANCE |
| 9 | | COMPANY, A NATIONWIDE COMPANY |

4844-3178-0641.1