Gregory E. Schopf (State Bar Number: 122862)
gschopf@nixonpeabody.com
John A. Chatowski (State Bar Number: 174471)
jchatowski@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone:  (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Defendant
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY, erroneously sued
and served as ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY,
A NATIONWIDE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA KELLERER,<br><br>                    Plaintiff,<br><br>     v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a Nationwide Company and DOES 1 through 25, Inclusive,<br><br>                    Defendants. | CASE NO.:  2:15-cv-00078-DDP (JEMx)<br><br>Honorable Dean D. Pregerson<br><br>**FINAL JUDGMENT** |

The motion for summary judgment of defendant Allied Property and Casualty Insurance Company, erroneously sued and served as Allied Property and Casualty Insurance Company, a Nationwide Insurance Company ("Allied") [Dkt. No. 18], and the motion for summary adjudication of plaintiff Barbara Kellerer [Dkt. No. 20], came regularly on for hearing on September 28, 2015 before this Court.  Mark Jubelt appeared for plaintiff.  John A. Chatowski and Gregory E. Schopf appeared for defendant Allied.

After considering the moving and opposing papers, the arguments of counsel, and all other matters presented to the Court, and for the reasons set forth in the Court's September 30, 2015 Order Granting Allied Property and Casualty Insurance Company's Motion for Summary Judgment and Denying Barbara Kellerer's Motion for Summary Adjudication [Dkt. No. 32], the Court hereby finds that there is no genuine issue as to any material fact, and defendant Allied is entitled to judgment as a matter of law with respect to all of plaintiff's claims of relief as follows:

1. There is no issue of material fact and defendant Allied is entitled to judgment as a matter of law with respect to plaintiff's First Cause of Action (Declaratory Relief Regarding Duty to Defend);

2. There is no issue of material fact and defendant Allied is entitled to judgment as a matter of law with respect to plaintiff's Second Cause of Action (Declaratory Relief Regarding Duty to Indemnify);

3. There is no issue of material fact and defendant Allied is entitled to judgment as a matter of law with respect to plaintiff's Third Cause of Action (Declaratory Relief Regarding Duty to Defend Payment of Defense Fees and Costs);

4. There is no issue of material fact and defendant Allied is entitled to judgment as a matter of law with respect to plaintiff's Fourth Cause of Action (Declaratory Relief Regarding Duty to Indemnify, Payment of the Settlement);

5. There is no issue of material fact and defendant Allied is entitled to judgment as a matter of law with respect to plaintiff's Fifth Cause of Action (Declaratory Relief Regarding Duty to Defend Payment of Defense Fees and Costs);

6. There is no issue of material fact and defendant Allied is entitled to judgment as a matter of law with respect to plaintiff's Sixth Cause of Action (Breach of the Covenant of Good Faith and Fair Dealing); and

7. There is no issue of material fact and defendant Allied is entitled to judgment as a matter of law with respect to plaintiff's Seventh Cause of Action (Bad Faith).

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff take nothing from defendant Allied with respect to plaintiff's claims for relief asserted in her Complaint, that the Complaint against defendant Allied is dismissed on the merits, with prejudice, and that defendant Allied shall recover its costs of suit against plaintiff.

**IT IS SO ADJUDGED.**

DATED: October 01, 2015

_____
Hon. Dean D. Pregerson
United States District Judge

4835-5526-1477.2